Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: LTD, LUXE AUCTIONS | § Case No. 12-11970 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 26, 2012. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $_____5,150.67_

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,353.90 |
| Bank service fees | 235.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 3,561.77 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as Exhibit B is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/02/2013 and the deadline for filing governmental claims was 09/22/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,265.07. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,265.07, for a total compensation of $1,265.07.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2013          By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-11970  
Case Name: LTD, LUXE AUCTIONS  

Trustee: (330129) Ira Bodenstein  
Filed (f) or Converted (c): 03/26/12 (f)  
§341(a) Meeting Date: 05/22/12  

Period Ending: 11/13/13  
Claims Bar Date: 08/02/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Bank Checking Account- Negative Balance | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Sublandlord Secuirty Deposit | 2,658.00 | 2,658.00 | | 0.00 | FA |
| 3 | Website | 10.00 | 10.00 | | 0.00 | FA |
| 4 | Customer List | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Dell PowerEdge T100 Server | 300.00 | 300.00 | | 0.00 | FA |
| 6 | Dell PowerEdge T105 Server (mail) | 300.00 | 300.00 | | 0.00 | FA |
| 7 | Dell 19" Monitor for servers | 30.00 | 30.00 | | 0.00 | FA |
| 8 | Keyboard/mouse for server | 5.00 | 5.00 | | 0.00 | FA |
| 9 | D Link KVM switch for servers | 5.00 | 5.00 | | 0.00 | FA |
| 10 | Linksys Access Point G | 15.00 | 15.00 | | 0.00 | FA |
| 11 | Cisco Small Business 16-port ethernet switch | 20.00 | 20.00 | | 0.00 | FA |
| 12 | APC Smart-UPS 750VA | 40.00 | 40.00 | | 0.00 | FA |
| 13 | SonicWALL TZ 180 Wireless VPN/Firewall | 50.00 | 50.00 | | 0.00 | FA |
| 14 | HP t5325 Thin Client (w/ keyboard & mouse) | 150.00 | 150.00 | | 0.00 | FA |
| 15 | Acer 19" Monitor | 150.00 | 150.00 | | 0.00 | FA |
| 16 | Compaq CQ60 laptop | 150.00 | 150.00 | | 0.00 | FA |
| 17 | Dell Desk Top w/ keyboard, mouse, and monitor | 150.00 | 150.00 | | 0.00 | FA |
| 18 | Cisco 8 port switch (front) | 15.00 | 15.00 | | 0.00 | FA |
| 19 | Cisco 8 port switch (back) | 15.00 | 15.00 | | 0.00 | FA |
| 20 | Linksys print server (back) | 5.00 | 5.00 | | 0.00 | FA |
| 21 | EdgeWaterNetworks Inc | 15.00 | 15.00 | | 0.00 | FA |
| 22 | Binnoband | 15.00 | 15.00 | | 0.00 | FA |
| 23 | Samsung CLP-610ND Printer | 150.00 | 150.00 | | 0.00 | FA |
| 24 | Cannon 4370 Multifunction Printer | 50.00 | 50.00 | | 0.00 | FA |
| 25 | Microsoft wireless Keyboard & Mouse | 5.00 | 5.00 | | 0.00 | FA |
| 26 | Power Strips | 14.00 | 14.00 | | 0.00 | FA |
| 27 | Cables | 5.00 | 5.00 | | 0.00 | FA |
| 28 | Microsoft Remote Desktop Service CAL | 5.00 | 5.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
### Asset Cases

Case Number: 12-11970
Case Name: LTD, LUXE AUCTIONS

Trustee: (330129) Ira Bodenstein
Filed (f) or Converted (c): 03/26/12 (f)
§341(a) Meeting Date: 05/22/12

Period Ending: 11/13/13

Claims Bar Date: 08/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | Microsoft Small business Server 2003, 5U additio | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Polycom 4 Phone System | 300.00 | 300.00 | | 0.00 | FA |
| 31 | D90 w/18-105mm VR camera | 300.00 | 300.00 | | 0.00 | FA |
| 32 | Lexar Pro 133x 4GB SDCH | 5.00 | 5.00 | | 0.00 | FA |
| 33 | Camera Bag | 50.00 | 50.00 | | 0.00 | FA |
| 34 | MB-D10 Multi Power Battery Pack | 30.00 | 30.00 | | 0.00 | FA |
| 35 | MF7040K Stand with arm | 50.00 | 50.00 | | 0.00 | FA |
| 36 | RM1007 Portacube 40 | 5.00 | 5.00 | | 0.00 | FA |
| 37 | CF0003K1 Quattro 2 Light Set | 45.00 | 45.00 | | 0.00 | FA |
| 38 | SB 900 Flash | 100.00 | 100.00 | | 0.00 | FA |
| 39 | Shooting table | 30.00 | 30.00 | | 0.00 | FA |
| 40 | Miscellanies Items | 100.00 | 100.00 | | 0.00 | FA |
| 41 | Sony DVD Player | 5.00 | 5.00 | | 0.00 | FA |
| 42 | Director Office Chair | 300.00 | 300.00 | | 0.00 | FA |
| 43 | Receptionist Desk | 300.00 | 300.00 | | 0.00 | FA |
| 44 | File Cabinet | 30.00 | 30.00 | | 0.00 | FA |
| 45 | Safe | 50.00 | 50.00 | | 0.00 | FA |
| 46 | Expand Background Holder & Accessories | 30.00 | 30.00 | | 0.00 | FA |
| 47 | Mannequin 1 | 20.00 | 20.00 | | 0.00 | FA |
| 48 | Mannequin 2 | 20.00 | 20.00 | | 0.00 | FA |
| 49 | Mannequin 3 | 20.00 | 20.00 | | 0.00 | FA |
| 50 | Mannequin 4 | 20.00 | 20.00 | | 0.00 | FA |
| 51 | Vizio VL420M 42" TV | 120.00 | 120.00 | | 0.00 | FA |
| 52 | Close Rack | 40.00 | 40.00 | | 0.00 | FA |
| 53 | Miscellanies Items | 200.00 | 200.00 | | 0.00 | FA |
| 54 | Consignment Items Pick Up Fee  (u) | 0.00 | 0.00 | | 3,378.25 | FA |
| 55 | Consignment items sale proceeds | 0.00 | 0.00 | | 1,772.42 | FA |
| 55 | Assets    Totals (Excluding unknown values) | $6,597.00 | $6,597.00 | | $5,150.67 | $0.00 |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-11970  
Case Name: LTD, LUXE AUCTIONS  

Trustee: (330129) Ira Bodenstein  
Filed (f) or Converted (c): 03/26/12 (f)  
§341(a) Meeting Date: 05/22/12  

Period Ending: 11/13/13  

Claims Bar Date: 08/02/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Major Activities Affecting Case Closing:

    Liquidate any remaining assets.

Initial Projected Date Of Final Report (TFR): December 31, 2013      Current Projected Date Of Final Report (TFR): December 31, 2013

# EXHIBIT B

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-11970 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | LTD, LUXE AUCTIONS | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******70-66 - Checking Account |
| Taxpayer ID #: | **-***2752 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/28/12 | {54} | Jerry Salzberg | Consignment Order Pick Up Fee | 1290-000 | 52.00 | | 52.00 |
| 06/28/12 | {54} | C.T. Winterbotham | Consignment Order Pick Up Fee | 1290-000 | 54.00 | | 106.00 |
| 06/28/12 | {54} | Joan E. Steel | Consignment Order Pick Up Fee | 1290-000 | 116.00 | | 222.00 |
| 06/28/12 | {54} | Zenia Forowycz | Consignment Order Pick Up Fee | 1290-000 | 140.00 | | 362.00 |
| 06/28/12 | {54} | Eugene Morris | Consignment Order Pick Up Fee | 1290-000 | 451.25 | | 813.25 |
| 06/28/12 | {54} | Gary C. Garrett | Consignment Order Pick Up Fee | 1290-000 | 525.00 | | 1,338.25 |
| 06/28/12 | {54} | David Baum | Consignment Order Pick Up Fee | 1290-000 | 540.00 | | 1,878.25 |
| 06/28/12 | {54} | Albany Bank | Consignment Order Pick Up Fee | 1290-000 | 1,500.00 | | 3,378.25 |
| 07/06/12 | 101 | Trustee Insurance Agency | Insurance Premium 7/15-7/31 2012 | 2420-000 | | 103.90 | 3,274.35 |
| 07/25/12 | 102 | R.M.C Industrial Sevices | Payment per court order on Motion to Authorize 5/24/2012 | 2420-000 | | 1,250.00 | 2,024.35 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,999.35 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,974.35 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,949.35 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,924.35 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,899.35 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 1,899.35 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 3,378.25 | 3,378.25 | $0.00 |
| Less: Bank Transfers | | 0.00 | 1,899.35 | |
| Subtotal | | 3,378.25 | 1,478.90 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $3,378.25 | $1,478.90 | |

{} Asset reference(s)

Printed: 11/13/2013 02:45 PM   V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 12-11970　　　　　　　　　　　　　　　　　Trustee:　　Ira Bodenstein (330129)
Case Name: LTD, LUXE AUCTIONS　　　　　　　　　　　　Bank Name: Rabobank, N.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account:　　****583266 - Checking Account
Taxpayer ID #: **-***2752　　　　　　　　　　　　　　　　Blanket Bond: $5,000,000.00 (per case limit)
Period Ending: 11/13/13　　　　　　　　　　　　　　　　　Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,899.35 | | 1,899.35 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,889.35 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,879.35 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,869.35 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,859.35 |
| 04/30/13 | {55} | Essex Antiques & Collectibles LTD | Funds received from sale of Inventory per order dated 7/19/2012 Dkt. 28 | 1129-000 | 1,609.92 | | 3,469.27 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,459.27 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,449.27 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,439.27 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,429.27 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,419.27 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,409.27 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,399.27 |
| 11/01/13 | {55} | Essex Antiques & Collectibles LTD | final payment for remaining jewelry Inventory | 1129-000 | 162.50 | | 3,561.77 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 3,671.77 | 110.00 | $3,561.77 |
| Less: Bank Transfers | 1,899.35 | 0.00 | |
| Subtotal | 1,772.42 | 110.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,772.42 | $110.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******70-66 | 3,378.25 | 1,478.90 | 0.00 |
| Checking # ****583266 | 1,772.42 | 110.00 | 3,561.77 |
| | $5,150.67 | $1,588.90 | $3,561.77 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/13/2013 02:45 PM　　V.13.13

# EXHIBIT D

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-11970  
Case Name: LTD, LUXE AUCTIONS  
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 3,561.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 3,561.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,265.07 | 0.00 | 1,265.07 |

Total to be paid for chapter 7 administration expenses: $ 1,265.07  
Remaining balance: $ 2,296.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 2,296.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $84.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Employment Security | 84.56 | 0.00 | 84.56 |

Total to be paid for priority claims: $ 84.56  
Remaining balance: $ 2,212.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $36,062.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Karen Peter | 419.38 | 0.00 | 25.73 |
| 3 | Nancy Aversa | 1,040.56 | 0.00 | 63.83 |
| 4 | Lee Fillmore | 2,849.30 | 0.00 | 174.78 |
| 5 | Robert J Ambrose | 7,831.15 | 0.00 | 480.38 |
| 6 | Think & Associates, Inc. | 23,922.00 | 0.00 | 1,467.42 |

Total to be paid for timely general unsecured claims: $ 2,212.14
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)