| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | PAMELA S. HOLLIS |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 12/17/2013 |
| (312)666-2861 | Hearing Time: | 10:30 a.m. |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | LTD, LUXE AUCTIONS | § § § | Case No. 12-11970 |
| Debtor(s) | | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/17/2013 in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 11/13/2013     By:     Ira Bodenstein
                                    Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | PAMELA S. HOLLIS<br><br><br>_____ / /<br>_____<br>_____ / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: LTD, LUXE AUCTIONS   § Case No. 12-11970
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 5,150.67

*and approved disbursements of*   $ 1,588.90

*leaving a balance on hand of* [1]   $ 3,561.77

**Balance on hand:**   $ 3,561.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 3,561.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,265.07 | 0.00 | 1,265.07 |

Total to be paid for chapter 7 administration expenses:   $ 1,265.07
Remaining balance:   $ 2,296.70

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,296.70 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $84.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Employment Security | 84.56 | 0.00 | 84.56 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 84.56 |
| Remaining balance: | $ | 2,212.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,062.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Karen Peter | 419.38 | 0.00 | 25.73 |
| 3 | Nancy Aversa | 1,040.56 | 0.00 | 63.83 |
| 4 | Lee Fillmore | 2,849.30 | 0.00 | 174.78 |
| 5 | Robert J Ambrose | 7,831.15 | 0.00 | 480.38 |
| 6 | Think & Associates, Inc. | 23,922.00 | 0.00 | 1,467.42 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,212.14 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/Ira Bodenstein
                            Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-11970-PSH
Luxe Life Auctions, LTD                                               Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez                Page 1 of 3                  Date Rcvd: Nov 14, 2013
                               Form ID: pdf006             Total Noticed: 126

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
```
db         +Luxe Life Auctions, LTD,    670 W. Hubbard St., 1st Floor,    Chicago, IL 60654-5541
18721011   +ACCICON,    1436 W. Randolph St. #300,    Chicago, IL 60607-1416
18721012   +ADT Security Services Inc./SKO Bre,    P.O.Box 9320 Baldwin,    Baldwin, NY 11510-9320
18721015   #AMBIUS,    P.O.Box 95409,    Palatine, IL 60095-0409
18721013   +Alexander Narod, CPA,    601 Skokie Boulevard Suite #503,    Northbrook, IL 60062-2821
18721016   +Amy Osler,    10 E. Delaware Place 11B,    Chicago, IL 60611-1777
18721017   +Ann Kerstetter,    161 E. Chicago Ave,    Chicago, IL 60611-2601
18721018   +Anne Ferre,    33 W. Huron Apt.402,    Chicago, IL 60654-3773
18721019   +Arletta Leibowitz,    680 N Lake Shore Drive Suite 318,    Chicago, IL 60611-4457
18721020   +Ashley Hessing,    362 Rock Hall Circle,    Grayslake, IL 60030-1102
18721027   +BZ Home Improvement,    8811 N. Major Avenue,    Morton Grove, IL 60053-2531
18721022   #+Barbara Provus,    3750 Lake Shore Drive #17 F,    Chicago, IL 60613-4234
18721023   +Barbara Selders,    7807 Canterbury,    Prairie Village, KS 66208-3948
18721024   +Betty Menna,    1000 Lake Shore Plaza 35B,    Chicago, IL 60611-1505
18721025   +Beverly Meyer,    180 Pearson Apt 4102,    Chicago, IL 60611-6728
18721026   +Bobbie Busch,    1110 N. Lake Shore Drive,    Chicago, IL 60611-1054
18721028   +Camdon Hindes,    400 S. Green #407,    Chicago, IL 60607-3543
18679690   +Camdon Hines,    400 S. Green #407,    Chicago, IL 60607-3543
18721030   +Carl Moose,    1658 N. Milwaukee #245,    Chicago, IL 60647-6905
18721031   +Carolyn Leonard,    1501 N State Parkway,    Chicago, IL 60610-1676
18721032   +Cathy Holleb,    234 Burr Oak,    Deerfield, IL 60015-4719
18721033    Chase Bank,    JP Morgan Chase Bank NA,    Chicago, IL 60610
18721034   +Chole Winterbothom,    175 E. Delaware Place #4805,    Chicago, IL 60611-1724
18721035    Cindy DeMaio,    15 W. Estate,    Deerfield, IL 60015-4861
18721038   +Dana Grimm,    44 Park Lane,    Park Ridge, IL 60068-2830
18721039   +Dara Hyman,    3150 Lake Shore Drive #31C,    Chicago, IL 60657-4870
18721040    Dean Batogowski,    1621 Midwest Parkway,    Oak Brook, IL 60523
18721041   +Deb McCormick,    801 The Pines,    Hinsdale, IL 60521-2846
18721042   +Debra Price,    15 Sarahs Grove Lane,    Schaumburg, IL 60193-1667
18721045   +Dragana Cupic,    1000 N. State Street #8,    Chicago, IL 60610-2858
18721047   +Edina Lessack,    1612 Serenity Lane,    Sanibel, FL 33957-4233
18721048   +Elizabeth Tabaka,    514 Renn Ct,    Wheaton, IL 60187-5007
18721049   +Eugene Morris,    5555 S Everett Ave. Apt# A 5-6,    Chicago, IL 60637-1925
18721051    Fed Ex,    P.O.Box 94515,    Palatine, IL 60094-4515
18721052   +Francis Heffernan,    Attn: Allyson Bass,    808-810 Elm St.,    Winnetka, IL 60093-2204
18721053   #+Fred Wackerle,    3750 Lake Shore Drive #17F,    Chicago, IL 60613-4234
18721055   +Gordon Edwards,    1340 N. Astor #2407,    Chicago, IL 60610-8433
18721056    Gus Jones,    30 W. Chicago Ave Unit 1210,    Chicago, IL 60654-3238
18721057   +Gwen Farinella,    840 N. Lake Shore Dr. Unit 1103,    Chicago, IL 60611-2492
18721058   +Gwen Solberg,    840 North Lake Shore Drive #203,    Chicago, IL 60611-2498
18721059   +Herman Mora,    2016 W. Warner Ave.,    Chicago, IL 60618-3089
18721060    Hinkley Springs,    P.O.Box 660579,    Dallas, TX 75266-0579
18721061   +Howard & Howard,    200 S. Michigan Ave Ste. 1100,    Chicago, IL 60604-2461
18721062   +IPFS Corporation,    462 S. 4th Street #1700,    Louisville, KY 40202-4442
20181311   +Illinois Dept of Employment Security,    33 S State St. 10th Flr Bankruptcy Unit,
             Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
18721065   +Jennifer Rexroat,    175 North Harbor Drive #5008,    Chicago, IL 60601-7352
18721066   +Jennifer Song,    1530 S. State Street #716,    Chicago, IL 60605-2977
18721067   +Jennifer Steinberg,    1211 N. LaSalle St,    Chicago, IL 60610-1927
18721068   #+Jerry Salzberg,    512 N. McClurg Ct #4101,    Chicago, IL 60611-4123
18721069   +Jill DeVaney,    55 W. Goethe #1215,    Chicago, IL 60610-2233
18721070   +Joan Steel,    161 E. Chicago Ave #60N4,    Chicago, IL 60611-6690
18721071   +John Michon,    P.O. Box 14570,    Chicago, IL 60614-8515
18721072   +Judy Turner,    140 Second Avenue North,    Nashville, TN 37201-1902
18721073   +Julie Liu,    27 N. Wacker Drive #188,    Chicago, IL 60606-2800
18721074   +Kabbage.com,    730 Peach Tree Street Suite 350,    Atlanta, GA 30308-1226
18721075    Kahlil Moses,    700 US Highway 1 Ste. B,    North Palm Beach, FL 33408-4518
18721076   +Karen Peter,    2250 Mary St. Unit 213,    Pittsburgh, PA 15203-2289
18721077   +Kate Leydon,    1743-45 W. Division,    Chicago, IL 60622-3216
18721078   +Katheryn McKechnie,    1530 State Street Unit 17P,    Chicago, IL 60605-2979
18721079   +Kathy King,    5367 Green Pine Ln,    Kalamazoo, MI 49009-4576
18721080   +Larry Cimino,    5611 N. Winthrop Ave Apt. BA,    Chicago, IL 60660-4492
18721081   +Larry Olin,    1120 Lake Shore Drive,    Chicago, IL 60611-1353
18721082   +Laura Levy,    425 W. Aldine #2,    Chicago, IL 60657-3166
18721084   +Law Offices of David M Adler,    161 N Clark, Ste. 2550,    Chicago, IL 60601-3246
18721085   #+Lee Fillmore,    204 Walters Lane,    Itasca, IL 60143-1454
20181406    Lee Fillmore,    7262 Burgundy St,    Canton MI 48187-1412
18721086   +Leo Ackerman,    60 E. Scott #702,    Chicago, IL 60610-5174
18721087   +Liora Mizel,    15 Country Lane,    Winnetka, IL 60093-1003
18721088   +Lisa Ackerman,    300 W. Grand #606,    Chicago, IL 60654-4414
18721089   +Lisa Ackerman,    300 W. Grand Ave #606,    Chicago, IL 60654-4414
18679691   +Lisa Zyhylij-Ackerman,    300 W Grand Ave unit #606/506,    Chicago, IL 60654-7871
18721093   +Lunaroja,    2605 S. Indiana Ave, Apt 2106,    Chicago, IL 60616-2877
18721094   +Lynda Strusiner,    1424 Waverly Rd.,    Highland Park, IL 60035-3411
```

```
District/off: 0752-1           User: dgomez                Page 2 of 3                   Date Rcvd: Nov 14, 2013
                               Form ID: pdf006             Total Noticed: 126

18721095     +Lynette Lim,    375 W Erie #503,    Chicago, IL 60654-5394
18721096     +Maggie Rei,    444 W. Fullerton #304,    Chicago, IL 60614-3990
18721097     +Maia Mullin,    180 E. Pearson #5605,    Chicago, IL 60611-2185
18721098    #+Marilyn Miglin,    1230 W. Washington,    Chicago, IL 60607-1997
18721099     +Mary Kay Touhy Silverman,    340 W. Superior Street #1702,    Chicago, IL 60654-6196
18721100     +Mary Metz,    1720 Maple Ave #404,    Evanston, IL 60201-3103
18721101     +Melissa Tierney,    1461 N. Paulina,    Chicago, IL 60622-2124
18721102     +Michael Cunningham,    4407 N. Beacon St. Unit 3-N,    Chicago, IL 60640-6267
20764541     +Nancy Aversa,    2250 Mary Street Unit 109,    Pittsburgh PA 15203-2291
18721104     +Natasha Ackerman,    60 E. Scott #702,    Chicago, IL 60610-5174
18721105     +NetworkPhD,    5100 Pearl Street,    Schiller Park, IL 60176-1051
18721106     +Norma Henry,    2 E. Oak Street #2009,    Chicago, IL 60611-1255
18721107     +Open One Solution,    2020 Lincoln Park West #29 H,    Chicago, IL 60614-4731
18721108     +Pamela Seubold,    24820 Ironwood Court,    Plainfield, IL 60585-5695
18721109     +Patricia Davis,    1720 S. Michigan #1105,    Chicago, IL 60616-4844
18721110     +Peoples Gas,    130 East Randolph Drive,    Chicago, IL 60601-6302
18721111     +Priscilla Baum,    775 Stonegate Drive,    Highland Park, IL 60035-5142
18721112     +Renee Bradly,    180 E Pearson Apt. 6902,    Chicago, IL 60611-2122
18721113     +Renee Logan,    180 E. Pearson #5503,    Chicago, IL 60611-2184
18721114     +Rich Meliska,    724 Forest Ave.,    Evanston, IL 60202-2504
18721115     +Rita Christie,    1040 Lake Shore Drive,    Chicago, IL 60611-1165
18721116     +Robert J Ambrose,    Howard & Howard Attorneys,PLLC,    c/o Donna Rizzuto,
               200 S. Michigan Ave Ste. 1200,    Chicago, IL 60604-2458
18721117     +Robin Senesac,    1115 Lake Front Road,    Lake Oswego, OR 97034-4605
18721118     +Ron Menna,    1000 Lake Shore Plaza 35B,    Chicago, IL 60611-1505
18721120     +Sarah Brinkman,    80 N. Moore St. #24C,    New York, NY 10013-2734
18721121     +Sarah Nolan,    767 Mount Pleasant Street,    Winnetka, IL 60093-3834
18721122    #+Shannon Moffitt,    1016 Harvard Tr.,    Evanston, IL 60202-3307
18721123     +Sharon E. Tabka,    514 Renn Ct,    Wheaton, IL 60187-5805
18721124     +Sharon Fox,    40 E. Delaware #403,    Chicago, IL 60611-1497
18721125     +Stephanie Heusel,    808 N. Maplewood Apt.1,    Chicago, IL 60622-4648
18721126     +Steve Dubey,    100 W. Chestnut #2607,    Chicago, IL 60610-3233
18721127     +Sunset Lane Entertainment LLC,    236 Deer Run Road,    Wilton, CT 06897-1210
18721128     +Susan Fredman,    350 W. Erie St.,    Chicago, IL 60654-5790
18721129     +Susan Galler,    422 W. Melrose Street #1502,    Chicago, IL 60657-3861
18721130     +Susanna Cvetazar,    744 N. Clark Street,    Chicago, IL 60654-2525
18721131     +Susannah Damon,    669 N. Peoria St. Unit G N,    Chicago, IL 60642-7326
18721133     +Suzanna LeMignot,    123 W. Oak Street,    Chicago, IL 60610-7834
18721134     +Suzanne Cvetezar,    744 N. Clark Street,    Chicago, IL 60654-2525
18721135     +Tennille White,    1657 W. 103rd Street,    Chicago, IL 60643-2818
18721136      Think & Associates,    760 W. Hubbard,    Chicago, IL 60654
18679693     +Think & Associates, Inc.,    c/o Senak Keegan Gleason Smith & Mi,
               550 W. Jackson Blvd., Suite 1400,    Chicago, IL 60661-5803
20829113     +Think & Associates, Inc.,    c/o Douglas W Michaud,    Senak Keegan Gleason Smith & Michaud,
               621 S. Plymouth Court, Suite 100,    Chicago, IL 60605-1820
18679692     +Think & Associates, Inc.,    670 W. Hubbard St. 1st Floor,    Chicago, IL 60654-5541
18721140     +Vi Nelson,    1560 N. Sandburg Terrace #3410,    Chicago, IL 60610-7731
18721141     +Wendy Friedman (Kornick),    210 East Pearson Apt. 8C,    Chicago, IL 60611-7341
18721142     +Werner Printing,    565 W. Randolph Street,    Chicago, IL 60661-2311
18721143     +WorkForce Cleaning, Inc,    1 W. Superior, Ste 601,    Chicago, IL 60654-8809
18721144    #+Worldwide Express,    1336 N Cleaver Street, Suite G,    Chicago, IL 60642-2322
18721145     +Yuri Ackerman,    300 W. Grand #606,    Chicago, IL 60654-4414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18721021      E-mail/Text: g17768@att.com Nov 15 2013 00:49:15     AT&T U-Verse,    P.O.Box 5014,
               Carol Stream, IL 60197-5014
18721036      E-mail/Text: legalcollections@comed.com Nov 15 2013 00:51:31     Com Ed,    P.O.Box 6111,
               Carol Stream, IL 60197-6111
18721139     +E-mail/Text: ulinecollections@uline.com Nov 15 2013 00:51:09     ULINE,    2200 Lakeside Drive,
               Waukegan, IL 60085-8311
18721046     +E-mail/Text: jstauffe_BK@ebay.com Nov 15 2013 00:50:08     eBay,    2145 Hamilton Ave.,
               San Jose, CA 95125-5905
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18721132       Susannah Damon,    669 N. Peoria St. Unit G N
18721029*    +Camdon Hines,    400 S. Green #407,    Chicago, IL 60607-3543
18721090*    +Lisa Zyhylij-Ackerman,    300 W Grand Ave unit #606/506,    Chicago, IL 60654-7871
18721138*    +Think & Associates, Inc.,    c/o Senak Keegan Gleason Smith & Mi,
               550 W. Jackson Blvd., Suite 1400,    Chicago, IL 60661-5803
18721137*    +Think & Associates, Inc.,    670 W. Hubbard St. 1st Floor,    Chicago, IL 60654-5541
18721014    ##+Alia Rajput,    545 Edgecombe #6E,    New York, NY 10032-4419
18721037    ##+Cybelle Presti,    P.O. Box 738,    Chicago, IL 60690-0738
18721043    ##+Dick Tracy,    2428 W. Ohio,    Chicago, IL 60612-1220
18721044    ##+Doralee Ruda,    10345 Osprey Trace,    West Palm Beach, FL 33412-1547
18721050    ##+Evelyn Daniel,    1645 W. LeMoyne,    Chicago, IL 60622-2240
18721054    ##+Gary Garrett,    230 East Delaware Place Unit 2W,    Chicago, IL 60611-1768
18721063    ##+Jan Shapiro,    103 Prospect Ave,    Highland Park, IL 60035-3328
18721064    ##+Jen Leong,    2000 Bay Drive #202,    Miami Beach, FL 33141-4555
18721083    ##+Lauren Levine,    997 Johnny Dodds Blvd. #128,    Mount Pleasant, SC 29464-6113
```

```
District/off: 0752-1          User: dgomez              Page 3 of 3               Date Rcvd: Nov 14, 2013
                              Form ID: pdf006           Total Noticed: 126

              ***** BYPASSED RECIPIENTS (continued) *****
18721091    ##+Lorraine Engerman,    175 E. Delaware #5306,    Chicago, IL 60611-7763
18721092    ##+Louise Kern,    353 W. Chicago Ave 4W,    Chicago, IL 60654-5133
18721103    ##+Nancy Aversa,    33A Wharton Court,    Pittsburgh, PA 15203-5106
18721119    ##+Samantha Richardson,    1115 Lake Front Road,    Lake Oswego, OR 97034-4605
18721146    ##+Zenia Forowycz,    3850 W Bryn Mawr #504,    Chicago, IL 60659-3136
                                                                                 TOTALS: 1, * 4, ## 14
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2013 at the address(es) listed below:
          Donna  Rizzuto    on behalf of Creditor Robert J. Ambrose drizzuto@howardandhoward.com,
           kperez@howardandhoward.com
          Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira  Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
          Jeffrey W Finke    on behalf of Interested Party    Albany Bank and Trust Company, N.A.
           jwfinke@mindspring.com
          Kelly A Fox    on behalf of Creditor    Think & Associates, Inc. kfox@skgsmlaw.com,
           sestelle@skgsmlaw.com
          Kenneth C Swanson, Jr    on behalf of Debtor    Luxe Life Auctions, LTD
           kc@chicagobankruptcyattorney.com,    kc_swanson@hotmail.com;sanddcourtnotice@gmail.com
          Mehul D Desai    on behalf of Debtor    Luxe Life Auctions, LTD md@chicagobankruptcyattorney.com,
           sanddcourtnotice@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```