# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: LTD, LUXE AUCTIONS | § | Case No. 12-11970 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,597.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants:$2,296.70 | Claims Discharged Without Payment: $375,117.94 |
| Total Expenses of Administration:$2,853.97 | |

3) Total gross receipts of $      5,150.67    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $5,150.67 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,853.97 | 2,853.97 | 2,853.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 84.56 | 84.56 | 84.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 356,654.08 | 36,062.39 | 36,062.39 | 2,212.14 |
| **TOTAL DISBURSEMENTS** | $356,654.08 | $39,000.92 | $39,000.92 | $5,150.67 |

4) This case was originally filed under Chapter 7 on March 26, 2012. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/04/2014              By:  /s/Ira Bodenstein
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Consignment Items Pick Up Fee | 1290-000 | 3,378.25 |
| Consignment items sale proceeds | 1129-000 | 1,772.42 |
| **TOTAL GROSS RECEIPTS** | | $5,150.67 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,265.07 | 1,265.07 | 1,265.07 |
| Trustee Insurance Agency | 2420-000 | N/A | 103.90 | 103.90 | 103.90 |
| R.M.C Industrial Sevices | 2420-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,853.97 | $2,853.97 | $2,853.97 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Dept of Employment Security | 5800-000 | N/A | 84.56 | 84.56 | 84.56 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $84.56 | $84.56 | $84.56 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Karen Peter | 7100-000 | 407.38 | 419.38 | 419.38 | 25.73 |
| 3 | Nancy Aversa | 7100-000 | 1,640.56 | 1,040.56 | 1,040.56 | 63.83 |
| 4 | Lee Fillmore | 7100-000 | 2,849.30 | 2,849.30 | 2,849.30 | 174.78 |
| 5 | Robert J Ambrose | 7100-000 | 7,831.15 | 7,831.15 | 7,831.15 | 480.38 |
| 6 | Think & Associates, Inc. | 7100-000 | 2,658.00 | 23,922.00 | 23,922.00 | 1,467.42 |
| NOTFILED | Maia Mullin | 7100-000 | 2,049.59 | N/A | N/A | 0.00 |
| NOTFILED | Marilyn Miglin | 7100-000 | 720.00 | N/A | N/A | 0.00 |
| NOTFILED | Lynda Strusiner | 7100-000 | 61.19 | N/A | N/A | 0.00 |
| NOTFILED | Maggie Rei | 7100-000 | 489.55 | N/A | N/A | 0.00 |
| NOTFILED | Lynette Lim | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary Kay Touhy Silverman | 7100-000 | 549.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Cunningham | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary Metz | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Norma Henry | 7100-000 | 5,590.12 | N/A | N/A | 0.00 |
| NOTFILED | Open One Solution | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Natasha Ackerman | 7100-000 | 29,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NetworkPhD | 7100-000 | 901.00 | N/A | N/A | 0.00 |
| NOTFILED | Melissa Tierney | 7100-000 | 176.96 | N/A | N/A | 0.00 |
| NOTFILED | Lunaroja | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Lorraine Engerman | 7100-000 | 1,419.35 | N/A | N/A | 0.00 |
| NOTFILED | Larry Olin | 7100-000 | 149.99 | N/A | N/A | 0.00 |
| NOTFILED | Laura Levy | 7100-000 | 1,320.34 | N/A | N/A | 0.00 |
| NOTFILED | Larry Cimino | 7100-000 | 494.99 | N/A | N/A | 0.00 |
| NOTFILED | Kathy King | 7100-000 | 400.80 | N/A | N/A | 0.00 |
| NOTFILED | Kate Leydon | 7100-000 | 3,302.89 | N/A | N/A | 0.00 |
| NOTFILED | Katheryn McKechnie | 7100-000 | 32.50 | N/A | N/A | 0.00 |
| NOTFILED | Lauren Levine | 7100-000 | 334.79 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of David M Adler | 7100-000 | 5,312.98 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Ackerman | 7100-000 | 6,875.85 | N/A | N/A | 0.00 |
| NOTFILED | Pamela Seubold | 7100-000 | 41.72 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lisa Ackerman | 7100-000 | 84,358.10 | N/A | N/A | 0.00 |
| NOTFILED | Liora Mizel | 7100-000 | 729.89 | N/A | N/A | 0.00 |
| NOTFILED | Leo Ackerman | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Leo Ackerman | 7100-000 | 401.99 | N/A | N/A | 0.00 |
| NOTFILED | Louise Kern | 7100-000 | 133.79 | N/A | N/A | 0.00 |
| NOTFILED | Priscilla Baum | 7100-000 | 2,673.85 | N/A | N/A | 0.00 |
| NOTFILED | Patricia Davis | 7100-000 | 299.99 | N/A | N/A | 0.00 |
| NOTFILED | Tennille White | 7100-000 | 301.80 | N/A | N/A | 0.00 |
| NOTFILED | ULINE | 7100-000 | 433.77 | N/A | N/A | 0.00 |
| NOTFILED | Suzanna LeMignot | 7100-000 | 102.31 | N/A | N/A | 0.00 |
| NOTFILED | Suzanne Cvetezar | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Vi Nelson | 7100-000 | 935.08 | N/A | N/A | 0.00 |
| NOTFILED | Susannah Damon | 7100-000 | 2,001.25 | N/A | N/A | 0.00 |
| NOTFILED | Werner Printing | 7100-000 | 269.12 | N/A | N/A | 0.00 |
| NOTFILED | Wendy Friedman (Kornick) | 7100-000 | 432.86 | N/A | N/A | 0.00 |
| NOTFILED | Yuri Ackerman | 7100-000 | 5,793.19 | N/A | N/A | 0.00 |
| NOTFILED | Zenia Forowycz | 7100-000 | 425.45 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Express | 7100-000 | 16.31 | N/A | N/A | 0.00 |
| NOTFILED | Yuri Ackerman | 7100-000 | 28,990.00 | N/A | N/A | 0.00 |
| NOTFILED | Susan Galler | 7100-000 | 29.99 | N/A | N/A | 0.00 |
| NOTFILED | WorkForce Cleaning, Inc | 7100-000 | 2,551.22 | N/A | N/A | 0.00 |
| NOTFILED | Sunset Lane Entertainment LLC | 7100-000 | 14,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Susan Fredman | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rita Christie | 7100-000 | 1,958.99 | N/A | N/A | 0.00 |
| NOTFILED | Robin Senesac | 7100-000 | 3,609.81 | N/A | N/A | 0.00 |
| NOTFILED | Renee Logan | 7100-000 | 299.99 | N/A | N/A | 0.00 |
| NOTFILED | Rich Meliska | 7100-000 | 1,217.66 | N/A | N/A | 0.00 |
| NOTFILED | Ron Menna | 7100-000 | 605.40 | N/A | N/A | 0.00 |
| NOTFILED | Renee Bradly | 7100-000 | 1,310.72 | N/A | N/A | 0.00 |
| NOTFILED | Sarah Brinkman | 7100-000 | 358.73 | N/A | N/A | 0.00 |
| NOTFILED | Samantha Richardson | 7100-000 | 5,549.99 | N/A | N/A | 0.00 |
| NOTFILED | Sharon Fox | 7100-000 | 129.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephanie Heusel | 7100-000 | 17.99 | N/A | N/A | 0.00 |
| NOTFILED | Shannon Moffitt | 7100-000 | 39.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sharon E. Tabka | 7100-000 | 951.51 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarah Nolan | 7100-000 | 46.79 | N/A | N/A | 0.00 |
| NOTFILED | Kabbage.com | 7100-000 | 15,912.57 | N/A | N/A | 0.00 |
| NOTFILED | Kahlil Moses | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bobbie Busch | 7100-000 | 117.59 | N/A | N/A | 0.00 |
| NOTFILED | BZ Home Improvement | 7100-000 | 763.00 | N/A | N/A | 0.00 |
| NOTFILED | Beverly Meyer | 7100-000 | 692.92 | N/A | N/A | 0.00 |
| NOTFILED | Betty Menna | 7100-000 | 474.49 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Provus | 7100-000 | 2,643.25 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Selders | 7100-000 | 876.27 | N/A | N/A | 0.00 |
| NOTFILED | Camdon Hindes | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Carl Moose | 7100-000 | 62.49 | N/A | N/A | 0.00 |
| NOTFILED | Cindy DeMaio | 7100-000 | 488.02 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed | 7100-000 | 51.21 | N/A | N/A | 0.00 |
| NOTFILED | Chole Winterbothom | 7100-000 | 825.75 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank JP Morgan Chase Bank NA | 7100-000 | 1,575.03 | N/A | N/A | 0.00 |
| NOTFILED | Carolyn Leonard | 7100-000 | 1,328.88 | N/A | N/A | 0.00 |
| NOTFILED | Cathy Holleb | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T U-Verse | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Ashley Hessing | 7100-000 | 52.80 | N/A | N/A | 0.00 |
| NOTFILED | ACCICON | 7100-000 | 1,701.81 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services Inc./SKO* Bre | 7100-000 | 1,888.12 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Narod, CPA | 7100-000 | 1,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Anne Ferre | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Arletta Leibowitz | 7100-000 | 3,915.41 | N/A | N/A | 0.00 |
| NOTFILED | Ann Kerstetter | 7100-000 | 875.38 | N/A | N/A | 0.00 |
| NOTFILED | Amy Osler | 7100-000 | 642.43 | N/A | N/A | 0.00 |
| NOTFILED | Alia Rajput | 7100-000 | 138.75 | N/A | N/A | 0.00 |
| NOTFILED | AMBIUS | 7100-000 | 844.35 | N/A | N/A | 0.00 |
| NOTFILED | Cybelle Presti | 7100-000 | 393.00 | N/A | N/A | 0.00 |
| NOTFILED | Dana Grimm | 7100-000 | 617.78 | N/A | N/A | 0.00 |
| NOTFILED | IPFS Corporation | 7100-000 | 811.69 | N/A | N/A | 0.00 |
| NOTFILED | Jan Shapiro | 7100-000 | 755.61 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Howard & Howard | 7100-000 | 1,705.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinkley Springs | 7100-000 | 38.36 | N/A | N/A | 0.00 |
| NOTFILED | Gwen Solberg | 7100-000 | 273.00 | N/A | N/A | 0.00 |
| NOTFILED | Herman Mora | 7100-000 | 8,413.00 | N/A | N/A | 0.00 |
| NOTFILED | Jen Leong | 7100-000 | 1,349.94 | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Rexroat | 7100-000 | 801.90 | N/A | N/A | 0.00 |
| NOTFILED | Joan Steel | 7100-000 | 486.31 | N/A | N/A | 0.00 |
| NOTFILED | John Michon | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| NOTFILED | Jill DeVaney | 7100-000 | 1,328.25 | N/A | N/A | 0.00 |
| NOTFILED | Jerry Salzberg | 7100-000 | 721.16 | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Song | 7100-000 | 227.86 | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Steinberg | 7100-000 | 337.12 | N/A | N/A | 0.00 |
| NOTFILED | Gwen Farinella | 7100-000 | 37.19 | N/A | N/A | 0.00 |
| NOTFILED | Gordon Edwards | 7100-000 | 47.99 | N/A | N/A | 0.00 |
| NOTFILED | Doralee Ruda | 7100-000 | 205.19 | N/A | N/A | 0.00 |
| NOTFILED | Dragana Cupic | 7100-000 | 513.59 | N/A | N/A | 0.00 |
| NOTFILED | Dick Tracy | 7100-000 | 606.28 | N/A | N/A | 0.00 |
| NOTFILED | Debra Price | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Dara Hyman | 7100-000 | 581.03 | N/A | N/A | 0.00 |
| NOTFILED | Dean Batogowski | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | eBay | 7100-000 | 296.00 | N/A | N/A | 0.00 |
| NOTFILED | Edina Lessack | 7100-000 | 33.59 | N/A | N/A | 0.00 |
| NOTFILED | Fred Wackerle | 7100-000 | 183.90 | N/A | N/A | 0.00 |
| NOTFILED | Gary Garrett | 7100-000 | 720.00 | N/A | N/A | 0.00 |
| NOTFILED | Francis Heffernan | 7100-000 | 16,112.74 | N/A | N/A | 0.00 |
| NOTFILED | Fed Ex | 7100-000 | 29.62 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Tabaka | 7100-000 | 31.54 | N/A | N/A | 0.00 |
| NOTFILED | Eugene Morris | 7100-000 | 1,241.99 | N/A | N/A | 0.00 |
| NOTFILED | Judy Turner | 7100-000 | 1,754.39 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $356,654.08 | $36,062.39 | $36,062.39 | $2,212.14 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-11970 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** LTD, LUXE AUCTIONS | **Filed (f) or Converted (c):** 03/26/12 (f) |
| | **§341(a) Meeting Date:** 05/22/12 |
| **Period Ending:** 03/04/14 | **Claims Bar Date:** 08/02/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Bank Checking Account- Negative Balance | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Sublandlord Secuirty Deposit | 2,658.00 | 2,658.00 | | 0.00 | FA |
| 3 | Website | 10.00 | 10.00 | | 0.00 | FA |
| 4 | Customer List | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Dell PowerEdge T100 Server | 300.00 | 300.00 | | 0.00 | FA |
| 6 | Dell PowerEdge T105 Server (mail) | 300.00 | 300.00 | | 0.00 | FA |
| 7 | Dell 19" Monitor for servers | 30.00 | 30.00 | | 0.00 | FA |
| 8 | Keyboard/mouse for server | 5.00 | 5.00 | | 0.00 | FA |
| 9 | D Link KVM switch for servers | 5.00 | 5.00 | | 0.00 | FA |
| 10 | Linksys Access Point G | 15.00 | 15.00 | | 0.00 | FA |
| 11 | Cisco Small Business 16-port ethernet switch | 20.00 | 20.00 | | 0.00 | FA |
| 12 | APC Smart-UPS 750VA | 40.00 | 40.00 | | 0.00 | FA |
| 13 | SonicWALL TZ 180 Wireless VPN/Firewall | 50.00 | 50.00 | | 0.00 | FA |
| 14 | HP t5325 Thin Client (w/ keyboard & mouse) | 150.00 | 150.00 | | 0.00 | FA |
| 15 | Acer 19" Monitor | 150.00 | 150.00 | | 0.00 | FA |
| 16 | Compaq CQ60 laptop | 150.00 | 150.00 | | 0.00 | FA |
| 17 | Dell Desk Top w/ keyboard, mouse, and monitor | 150.00 | 150.00 | | 0.00 | FA |
| 18 | Cisco 8 port switch (front) | 15.00 | 15.00 | | 0.00 | FA |
| 19 | Cisco 8 port switch (back) | 15.00 | 15.00 | | 0.00 | FA |
| 20 | Linksys print server (back) | 5.00 | 5.00 | | 0.00 | FA |
| 21 | EdgeWaterNetworks Inc | 15.00 | 15.00 | | 0.00 | FA |
| 22 | Binnoband | 15.00 | 15.00 | | 0.00 | FA |
| 23 | Samsung CLP-610ND Printer | 150.00 | 150.00 | | 0.00 | FA |
| 24 | Cannon 4370 Multifunction Printer | 50.00 | 50.00 | | 0.00 | FA |
| 25 | Microsoft wireless Keyboard & Mouse | 5.00 | 5.00 | | 0.00 | FA |
| 26 | Power Strips | 14.00 | 14.00 | | 0.00 | FA |
| 27 | Cables | 5.00 | 5.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-11970 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** LTD, LUXE AUCTIONS | **Filed (f) or Converted (c):** 03/26/12 (f) |
| | **§341(a) Meeting Date:** 05/22/12 |
| **Period Ending:** 03/04/14 | **Claims Bar Date:** 08/02/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Microsoft Remote Desktop Service CAL | 5.00 | 5.00 | | 0.00 | FA |
| 29 | Microsoft Small business Server 2003, 5U additio | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Polycom 4 Phone System | 300.00 | 300.00 | | 0.00 | FA |
| 31 | D90 w/18-105mm VR camera | 300.00 | 300.00 | | 0.00 | FA |
| 32 | Lexar Pro 133x 4GB SDCH | 5.00 | 5.00 | | 0.00 | FA |
| 33 | Camera Bag | 50.00 | 50.00 | | 0.00 | FA |
| 34 | MB-D10 Multi Power Battery Pack | 30.00 | 30.00 | | 0.00 | FA |
| 35 | MF7040K Stand with arm | 50.00 | 50.00 | | 0.00 | FA |
| 36 | RM1007 Portacube 40 | 5.00 | 5.00 | | 0.00 | FA |
| 37 | CF0003K1 Quattro 2 Light Set | 45.00 | 45.00 | | 0.00 | FA |
| 38 | SB 900 Flash | 100.00 | 100.00 | | 0.00 | FA |
| 39 | Shooting table | 30.00 | 30.00 | | 0.00 | FA |
| 40 | Miscellanies Items | 100.00 | 100.00 | | 0.00 | FA |
| 41 | Sony DVD Player | 5.00 | 5.00 | | 0.00 | FA |
| 42 | Director Office Chair | 300.00 | 300.00 | | 0.00 | FA |
| 43 | Receptionist Desk | 300.00 | 300.00 | | 0.00 | FA |
| 44 | File Cabinet | 30.00 | 30.00 | | 0.00 | FA |
| 45 | Safe | 50.00 | 50.00 | | 0.00 | FA |
| 46 | Expand Background Holder & Accessories | 30.00 | 30.00 | | 0.00 | FA |
| 47 | Mannequin 1 | 20.00 | 20.00 | | 0.00 | FA |
| 48 | Mannequin 2 | 20.00 | 20.00 | | 0.00 | FA |
| 49 | Mannequin 3 | 20.00 | 20.00 | | 0.00 | FA |
| 50 | Mannequin 4 | 20.00 | 20.00 | | 0.00 | FA |
| 51 | Vizio VL420M 42" TV | 120.00 | 120.00 | | 0.00 | FA |
| 52 | Close Rack | 40.00 | 40.00 | | 0.00 | FA |
| 53 | Miscellanies Items | 200.00 | 200.00 | | 0.00 | FA |
| 54 | Consignment Items Pick Up Fee (u) | 0.00 | 0.00 | | 3,378.25 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-11970 | Trustee: (330129) Ira Bodenstein |
| Case Name: LTD, LUXE AUCTIONS | Filed (f) or Converted (c): 03/26/12 (f) |
| | §341(a) Meeting Date: 05/22/12 |
| Period Ending: 03/04/14 | Claims Bar Date: 08/02/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 55 | Consignment items sale proceeds | 0.00 | 0.00 | | 1,772.42 | FA |
| 55 | **Assets** **Totals** (Excluding unknown values) | **$6,597.00** | **$6,597.00** | | **$5,150.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

Liquidate any remaining assets.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013      **Current Projected Date Of Final Report (TFR):**    November 13, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-11970 | |
| **Case Name:** | LTD, LUXE AUCTIONS | |
| **Taxpayer ID #:** | **-***2752 | |
| **Period Ending:** | 03/04/14 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******70-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/28/12 | {54} | Jerry Salzberg | Consignment Order Pick Up Fee | 1290-000 | 52.00 | | 52.00 |
| 06/28/12 | {54} | C.T. Winterbotham | Consignment Order Pick Up Fee | 1290-000 | 54.00 | | 106.00 |
| 06/28/12 | {54} | Joan E. Steel | Consignment Order Pick Up Fee | 1290-000 | 116.00 | | 222.00 |
| 06/28/12 | {54} | Zenia Forowycz | Consignment Order Pick Up Fee | 1290-000 | 140.00 | | 362.00 |
| 06/28/12 | {54} | Eugene Morris | Consignment Order Pick Up Fee | 1290-000 | 451.25 | | 813.25 |
| 06/28/12 | {54} | Gary C. Garrett | Consignment Order Pick Up Fee | 1290-000 | 525.00 | | 1,338.25 |
| 06/28/12 | {54} | David Baum | Consignment Order Pick Up Fee | 1290-000 | 540.00 | | 1,878.25 |
| 06/28/12 | {54} | Albany Bank | Consignment Order Pick Up Fee | 1290-000 | 1,500.00 | | 3,378.25 |
| 07/06/12 | 101 | Trustee Insurance Agency | Insurance Premium 7/15-7/31 2012 | 2420-000 | | 103.90 | 3,274.35 |
| 07/25/12 | 102 | R.M.C Industrial Sevices | Payment per court order on Motion to Authorize 5/24/2012 | 2420-000 | | 1,250.00 | 2,024.35 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,999.35 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,974.35 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,949.35 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,924.35 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,899.35 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 1,899.35 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,378.25 | 3,378.25 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,899.35 | |
| **Subtotal** | 3,378.25 | 1,478.90 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $3,378.25 | $1,478.90 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-11970 |
| **Case Name:** | LTD, LUXE AUCTIONS |
| **Taxpayer ID #:** | **-***2752 |
| **Period Ending:** | 03/04/14 |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3266 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,899.35 | | 1,899.35 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,889.35 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,879.35 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,869.35 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,859.35 |
| 04/30/13 | {55} | Essex Antiques & Collectibles LTD | Funds received from sale of inventory per order dated 7/19/2012 Dkt. 28 | 1129-000 | 1,609.92 | | 3,469.27 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,459.27 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,449.27 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,439.27 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,429.27 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,419.27 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,409.27 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,399.27 |
| 11/01/13 | {55} | Essex Antiques & Collectibles LTD | final payment for remaining jewelry inventory | 1129-000 | 162.50 | | 3,561.77 |
| 12/19/13 | 10103 | Ira Bodenstein | Final trustee fee, TFR approved 12/18/2013 | 2100-000 | | 1,265.07 | 2,296.70 |
| 12/19/13 | 10104 | Illinois Dept of Employment Security | Allowed priority claim TFR approved 12/18/2013 | 5800-000 | | 84.56 | 2,212.14 |
| 12/19/13 | 10105 | Karen Peter | Final distribution TFR approved 12/18/2013 | 7100-000 | | 25.73 | 2,186.41 |
| 12/19/13 | 10106 | Lee Fillmore | Final distribution TFR appoved 12/18/2013 | 7100-000 | | 174.78 | 2,011.63 |
| 12/19/13 | 10107 | Nancy Aversa | Final distribution TFR approved 12/18/2013 | 7100-000 | | 63.83 | 1,947.80 |
| 12/19/13 | 10108 | Robert J Ambrose | Final distribution TFR approved 12/18/2013 | 7100-000 | | 480.38 | 1,467.42 |
| 12/19/13 | 10109 | Think & Associates, Inc. | Final distribution TFR approved 12/18/2013 | 7100-000 | | 1,467.42 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,671.77 | 3,671.77 | $0.00 |
| Less: Bank Transfers | 1,899.35 | 0.00 | |
| **Subtotal** | 1,772.42 | 3,671.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,772.42** | **$3,671.77** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-11970 |
| Case Name: | LTD, LUXE AUCTIONS |
| | |
| Taxpayer ID #: | **-***2752 |
| Period Ending: | 03/04/14 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3266 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******70-66 | 3,378.25 | 1,478.90 | 0.00 |
| Checking # ******3266 | 1,772.42 | 3,671.77 | 0.00 |
| | $5,150.67 | $5,150.67 | $0.00 |

{} Asset reference(s)

Printed: 03/04/2014 02:32 PM   V.13.14